# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW J. SYRING, | ) | CASE NO. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | **OF CIVIL ACTION AND** |
| THE ARCHDIOCESE OF OMAHA, | ) | **REQUEST FOR PLACE OF TRIAL** |
| | ) | |
| Defendant. | ) | |

Defendant, The Catholic Archbishop of Omaha d/b/a the Archdiocese of Omaha, by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441(a), 1441(c), and 1446, respectfully submits this Notice of Removal from the District Court of Cuming County, Nebraska to the United States District Court for the District of Nebraska. As grounds for removal, Defendant states as follows:

## REMOVAL

1.  Plaintiff Andrew J. Syring has filed a civil action against Defendant in the District Court of Cuming County, Nebraska captioned <u>Andrew J. Syring v. The Archdiocese of Omaha</u>, Case No. CI 20-53. This action was filed on August 28, 2020. A true and correct copy of the Complaint is attached as **Exhibit "A"** and incorporated herein by reference.

2.  Service of the state court Complaint, **Exhibit "A"**, was perfected on September 1, 2020. A true and correct copy of the Process Service Return is attached as **Exhibit "B"** and incorporated herein by reference.

3.  Removal is proper because Plaintiff's sixth cause of action raises federal questions under the United States Constitution and 42 U.S.C. § 1983 and this Court has original jurisdiction over those claims. This Court has jurisdiction over Plaintiff's additional claims by virtue of 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367.

4.  Venue is proper in this Court because Plaintiff was a resident of the State of Nebraska at all times relevant to the Complaint, and the actions complained of are alleged to have occurred within the State of Nebraska.

5.  Defendant is a Nebraska nonprofit corporation, and its principal place office is located in Omaha, Douglas County, Nebraska.

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of service of a copy of the initial state court Complaint.

7. Defendant will file a copy of this Notice of Removal and provide a written notice of the filing of this Notice of Removal in the state court action with the Clerk of the District Court for Cuming County, Nebraska and will serve notice upon the adverse party as required by 28 U.S.C. § 1446(d).

8. No other proceedings have been conducted in this action.

### REQUEST FOR PLACE OF TRIAL

9. Defendant requests trial in Omaha, Nebraska.

WHEREFORE, Defendant requests that this action be removed from the District Court of Cuming County, Nebraska to the United States District Court for the District of Nebraska.

Dated this 21st day of September, 2020.

        THE CATHOLIC ARCHBISHOP OF OMAHA
        d/b/a THE ARCHDIOCESE OF OMAHA,
        Defendant


        By: s/ Patrick M. Flood
        Patrick M. Flood, #19042
        William N. Beerman, #26544
        PANSING, HOGAN, ERNST & BACHMAN LLP
        10250 Regency Circle, Suite 300
        Omaha, Nebraska 68114
        Tel: (402) 397-5500
        Fax: (402) 397-4853
        ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Lyle J. Koenig
>Koenig Law Firm
>PO Box 159
>Beatrice, NE 68310-0159
>
>James R. Welsh
>Welsh & Welsh, P.C., L.L.O.
>9290 West Dodge Road
>The Mark, Suite 204
>Omaha, NE 68114

s/Patrick M. Flood