IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANDREW J. SYRING,

|  |  |
|---|---|
| Plaintiff, | **8:20-CV-376** |
| vs. | |
| THE ARCHDIOCESE OF OMAHA, | **JUDGMENT** |
| Defendant. | |

This matter is before the Court on Plaintiff's Amended Voluntary Dismissal and Notice. Filing 8. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is dismissed without prejudice, each party to bear its own fees and costs. Defendant's Motion to Dismiss (Filing 2) and Plaintiff's Notice of Dismissal (Filing 7) are denied as moot.

Dated this 14th day of October, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge